MICHAEL A. WHITE, LLC
Attorney at Law
Post Office Box 5222
Saipan, Mariana Islands 96950
Telephone 234-6547

ATTORNEY FOR Plaintiff

F I L E D
Clerk
District Court

JAN 2 8 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| PRIYANK P. CHHAJER, | : | CIVIL ACTION NO. 02-0029 |
| Plaintiff, | : | |
| -v- | : | |
| R.K. (CNMI) INCORPORATION, KISHORE B. HEMLANI, and ANU VERYANI, | : | |
| Defendants. | : | |

## MOTION FOR ORDER IN AID OF JUDGMENT

COMES NOW the Plaintiff in the above-captioned matter, by and through its Attorney at Law, and hereby respectfully moves that this Honorable Court enter an Order, directed to Defendants, and directing Defendants to appear before this court to answer questions concerning any assets which Defendants may have to satisfy the judgment which has been rendered in the above-captioned matter.

As grounds for this Motion, Plaintiff avers that a monetary judgment was entered in its favor and against Defendants on May 28, 2003, in the amount of $12,500.00, and that the said Judgment remains unsatisfied.

This Motion is made pursuant to the provisions of 7 CMC Section 4205.

DATED, this _____ day of _____24 JAN 2008_____:

                    MICHAEL A. WHITE, LLC

                    _____
                    MICHAEL A. WHITE, ESQ
                    Attorney for Plaintiff
                    (CNMI Bar Ass'n ID No. F0122)