MICHAEL A. WHITE, ESQ. F0122
THE LAW OFFICES OF MICHAEL A. WHITE, LLC
POST OFFICE BOX 5222
SAIPAN, MARIANA ISLANDS 96950
TEL: (670) 234-6547
FAX: (670) 234-9537

ATTORNEY FOR Plaintiff

F I L E D
Clerk
District Court

JAN 29 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

PRIYANK P. CHHAJER,                :       CIVIL ACTION NO. 02-0029

    Plaintiff,               :

    -v-                      :

R.K. (CNMI) INCORPORATION,         :
KISHORE B. HEMLANI, and            :
ANU VERYANI,                       :

    Defendants.              :

ORDER

TO:   KISHORE B. HEMLANI and ANU VERYANI, DEFENDANTS.

YOU ARE HEREBY ORDERED to appear before this Court on Thursday, the 6th day of March, 2008, at the hour of 8:30 a.m., of the said day, then and there to answer questions concerning any assets which you may have to satisfy the Judgment which has been rendered against you in the above-captioned matter.

Your failure to appear may subject you to arrest upon a warrant of this court.

DATED, January 29, 2008  :

RECEIVED
JAN 28 2008
Clerk
District Court
The Northern Mariana Islands

_____
ALEX R. MUNSON, Judge