MICHAEL A. WHITE, ESQ. F0122
THE LAW OFFICES OF MICHAEL A. WHITE, LLC
Post Office Box 5222
Saipan, Mariana Islands 96950
Telephone:   (670) 234-6547
Facsimile:    (670) 234-9537

ATTORNEY FOR Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PRIYANK P. CHHAJER, | CIVIL ACTION NO. 02-0029 |
| Plaintiff, | |
| -v- | |
| R.K. (CNMI) INCORPORATION, KISHORE B. HEMLANI, and ANU VERYANI | |
| Defendants. | |

### NOTICE OF SATISFACTION

COMES NOW the Plaintiff in the above-captioned matter, by and through its Attorney at Law, and hereby notes that the Judgment which has been rendered in favor of Plaintiff and against Defendant in the above-captioned matter has been paid, satisfied, and discharged in full.

This Notice of Satisfaction applies only to the above-captioned case. It does not apply to any other cases with which the above-captioned case may have been consolidated.

DATED, this 19 MAY 2008

_____
MICHAEL A. WHITE, ESQ.
Attorney for Plaintiff
(CNMI Bar Ass'n ID No. F0122)